UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ20-252 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| CAMERON FERNER, | ) |
| | ) |
| Defendant. | ) |

Offense charged:   Possession of Methamphetamine and Cocaine With Intent to Distribute; Possession of Heroin With Intent to Distribute

Date of Detention Hearing:   May 18, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

DETENTION ORDER
PAGE -1

1.  Defendant is a citizen and resident of Canada. He was arrested at the United States/Canada border during a secondary inspection. He was not interviewed by Pretrial Services. He does not contest detention at this time.

2.  Defendant poses a risk of nonappearance based on Canadian citizenship and residence, lack of contacts with this District, and lack of known or verified background information. Defendant poses a risk of danger based on the nature of the offense.

3.  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

//

//

DATED this 18th day of May, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge