Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CAMERON FERNER, <br><br> Defendant. | No. CR20-00122JLR <br><br> ORDER DIRECTING ENTRY OF GUILTY PLEA VIA TELEPHONE OR VIDEOCONFERENCE |

This matter having come before the Court on Defendant Cameron Ferner's motion for an order directing the entry of a guilty plea by videoconference, and the Court having considered the unopposed motion and the file in this matter and otherwise being fully informed, hereby **GRANTS** the motion.

Mr. Ferner and his codefendant were arrested at the Pacific Highway Port of Entry at the United States/Canada border on May 15, 2020 after a secondary search of the car in which he was riding resulted in the seizure the drugs upon which the current charges are based.

ORDER GRANTING MOTION
RE ENTRY OF GUILTY PLEA - 1
(US v. Ferner, CR20-0012JLR)

**SIDERIUS LONERGAN & MARTIN, LLP**
500 UNION STREET, STE 847
SEATTLE, WA 98101
206.624.2800

1  Mr. Ferner was detained by order of the Court after his initial appearance in this
2  matter. Dkt. Nos. 12, 15.
3  A federal grand jury returned an Indictment charging Mr. Ferner and his
4  codefendant on August 13, 2020. Dkt. No. 55.
5  This matter is currently set for trial on January 25, 2021.  Dkt. No. 71.
6  The parties have reached a plea agreement to the current offense. This matter is
7  Mr. Ferner wishes to enter a plea as soon as possible.
8  Under the plea agreement, the government will recommend a sentence no more
9  than the low end of the applicable sentencing guideline range. Additionally, Mr. Ferner
10 is potentially eligible the application of the safety valve pursuant to 18 U.S.C. Section
11 3553(f) and USSG 5C1.2, which would allow the Court to sentence Mr. Ferner below
12 any applicable mandatory minimum sentence set by statute.
13 The government has indicated that it has no objection to this motion to set a plea
14 hearing that will be conducted by videoconference.
15 Under General Order 04-20, felony pleas and sentencings may proceed by video
16 or telephone if "the district judge in a particular case finds for specific reasons that the
17 plea or sentencing in that case cannot be further delayed without serious harm to the
18 interests of justice." The Court has previously continued this matter due to the COVID-
19 19 orders, and continued delay in entering a plea will result in further delay in
20 scheduling sentencing, which at this point is likely to take longer than usual due to the
21 backlog in cases due to COVID. This may result in Mr. Ferner remaining in custody at
22 /

ORDER GRANTING MOTION
RE ENTRY OF GUILTY PLEA  - 2
(US v. Ferner, CR20-0012JLR)

**SIDERIUS LONERGAN & MARTIN, LLP**
500 UNION STREET, STE 847
SEATTLE, WA  98101
206.624.2800

FDC SeaTac longer than necessary, adversely affecting his access to programming and otherwise impeding the interests of justice.

DONE THIS   28th   DAY OF SEPTEMBER, 2020

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

s/ *Michael G. Martin*
Michael G. Martin, WSBA #11508
Attorney for Cameron Ferner
500 Union Street, Ste 847
Seattle, WA  98101
206.624.2800
206.624.2805 fax
Email:  michaelm@sidlon.com

ORDER GRANTING MOTION
RE ENTRY OF GUILTY PLEA  - 3
(US v. Ferner, CR20-0012JLR)

**SIDERIUS LONERGAN & MARTIN, LLP**
500 UNION STREET, STE 847
SEATTLE, WA  98101
206.624.2800